IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF A | § | |
| MEMBER OF THE BAR OF THE | § | No. 233, 2019 |
| SUPREME COURT OF THE | § | |
| STATE OF DELAWARE: | § | ODC File No. 112831-B |
| | § | |
| JEFFREY K. MARTIN, | § | |
| | § | |
| Respondent. | § | |

Submitted: June 3, 2019
Decided:   June 4, 2019

Before **STRINE**, Chief Justice; **VALIHURA**, **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices, constituting the Court *en Banc*.

*PER CURIAM*:

## ORDER

Having considered the Board on Professional Responsibility's ("Board's") recommendation regarding reciprocal discipline pursuant to Rule 18 of the Delaware Lawyers' Rules of Disciplinary Procedure ("Procedural Rules") and Jeffrey K. Martin, Esquire's ("Respondent's") request this Court accept his resignation pursuant to Supreme Court Rule 69(k), it appears to the Court that:

1.     By Order dated November 28, 2018, the United States District Court for the District of Delaware ("District Court"), suspended Respondent from the practice of law. *In re Jeffrey K. Martin, Esquire,* Misc. A. No. 14- 242-LPS-RGA, Stark, J. (D. Del. Nov. 28, 2018).  The

basis for this discipline was Respondent's violation of the conditions of the District Court's reinstatement order dated August 18, 2015. *In re Jeffrey Martin,* Misc. A. No. 14-242-LPS-SLR-RGA, Stark, J. (Aug. 18, 2015).

2. Respondent has been suspended from the practice of law in the state of Delaware since 2014. *In re Martin,* 105 A.3d 967 (Del. 2014).

3. In lieu of imposing disbarment as reciprocal discipline under Procedural Rule 18, this Court will accept Respondent's immediate and permanent resignation from the Bar of the Supreme Court of the State of Delaware pursuant to Delaware Supreme Rule 69(k).

4. Respondent is no longer a member of the Bar of the Supreme Court of Delaware. His authority to practice law in the state of Delaware and in all the courts thereof is permanently revoked.

5. Respondent agrees to resign from or otherwise terminate his licensure in every other jurisdiction, state or federal, where he has ever been admitted to practice law and never seek readmission to the practice of law.

6. Respondent agrees he will never practice law again in the state of Delaware or any other state or federal jurisdiction.

7. Respondent shall not: (a) share in any legal fees arising from clients or cases referred by him to any other lawyer after his resignation or

2

(b) share in any legal fees earned for services by others after his resignation.

8. Respondent shall be prohibited from having any contact with clients or prospective clients or witnesses or prospective witnesses when acting as a paralegal, legal assistant, or law clerk under the supervision of a member of the Delaware Bar.

9. Respondent shall relinquish his Delaware Bar membership card to the Clerk of the Supreme Court within three (3) business days.

10. This Order shall be made public.

IT IS SO ORDERED.